MERCEDES CAMPILLO, demandante y apelada, *v.* ARROW TAXI-CABS CO. y PORTO RICAN AND AMERICAN INSURANCE CO., demandadas y apelantes.

Número 11430.

*Sometido:* 1 de diciembre de 1954. *Resuelto:* 3 de diciembre de 1954.

*Córdova & González* y *Hernán R. Franco,* abogados de las apelantes; *Celestino Iriarte* y *F. Fernández Cuyar,* abogados de la apelada.

*Per Curiam:* Argumentada oralmente por ambas partes la moción de desestimación por frivolidad presentada por la demandante-apelada; estudiados los alegatos y la prueba en autos para determinar el mérito del único error imputado por las demandadas-apelantes al tribunal a quo, en el sentido de que la cuantía de $3,500 concedida en concepto de indemnización por los daños y perjuicios sufridos por la demandante "es excesiva y arbitraria, y por lo tanto, cometió

abuso de discreción" dicho tribunal, y de la solicitud de que la misma sea rebajada a $1,850, rebajándose también la suma de $350 fijada para honorarios de abogado, el Tribunal es de opinión que la apelación interpuesta es frívola y que debe desestimar el presente recurso, debiendo imponerse las costas de apelación a las apelantes, incluyendo una suma de $250 para honorarios del abogado de la apelada. Ley núm. 411 de 11 de mayo de 1951 ((1) pág. 1095).